DAVIDS COMPANY v. HOFFMAN LA ROCHE CHEMICAL WORKS.— Application granted. Order signed. Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

LEWIS HARRISON v. REPETTI.— Application granted. Order signed. Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

BEATRICE C. LEVINE v. LOUIS J. LIPSET.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Scott, Smith, Page and Davis. JJ.

SARAH AIELLO v. GEORGE EHRET.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

BALTIMORE AND OHIO RAILROAD COMPANY v. BENJAMIN LOWENSTEIN. — Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

DAVID GOLDBURG v. MASSACHUSETTS BONDING AND INSURANCE COMPANY.— Application granted. Order signed. Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

MARY A. COHNFELD v. ANIAS C. BLISS.— Motion granted; question certified. Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

ASSETS COLLECTING COMPANY v. EMANUEL J. MYERS and Others.— In view of the stipulation alleged to have been entered into that these actions should abide the decision in action No. 1, motions denied upon appellants giving bond to secure payment of the judgments in actions Nos. 2, 3 and 4, if the appeal now pending in the Court of Appeals is affirmed. Orders to be settled on notice. Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

In the Matter of GEORGE T. DONLIN, Substituted and Sole Surviving Trustee, etc.— Motion granted in so far as the committee askes to intervene, and denied in so far as he asks to be substituted for the special guardian; the intervention to be without prejudice to proceedings heretofore had. Order to be settled on notice. Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

LOUIS E. RICH v. SAMUEL I. HYMAN.— Motion for stay granted on condition that the appeal from the order for the examination of the proposed defendant to enable plaintiff to frame a complaint be ready for argument on December 1, 1916. Order to be settled on notice. Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

HETTIE C. BARROWS v. FIDELITY AND CASUALTY COMPANY.— Motion for leave to appeal to Court of Appeals granted. Order to be settled on notice. Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.